UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JULIO SERRANO, RICARDO MARTINEZ and RICARDO MARTINEZ-MARTINEZ,

    Plaintiffs,

v.    Case No: 2:15-cv-30-FtM-38MRM

A PLUS PAINTING, LLC,

    Defendant/Third Party Plaintiff

v.

VALENTIN DIAZ OVANDO,

    Third Party Defendant.
_____/

### ORDER[1]

This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. #62) filed on January 19, 2016. Judge McCoy recommends granting the parties' Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. #57) and approving the Settlement Agreement (Doc. #57-1) as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act. (Doc. #62). Judge McCoy further recommends that the Court dismiss the third-party claims by Third-Party Plaintiff A Plus Painting, LLC, against Third-

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Party Defendant Valentin Diaz Ovando without prejudice with leave to re-file in a court of competent jurisdiction. (Doc. #62). No party objected to the Report, and the time to do so has now expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and upon consideration of Judge McCoy's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #62).

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #62) is **ACCEPTED AND ADOPTED** and the findings incorporated herein.

2. The parties' Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. #57) is **GRANTED**, and the Settlement Agreement (Doc. #57-1) is **APPROVED** as fair and reasonable.

3. Third-Party Plaintiff A Plus Painting, LLC's claims asserted against Third-Party Defendant Valentin Diaz Ovando are **DISMISSED without prejudice** with leave to re-file in a court of competent jurisdiction.

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly, dismiss the remainder of the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida, this 12th day of February, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record